# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODERICK GODBOLT

NO. 2021 KW 1121

**NOVEMBER 5, 2021**

---

In Re:    Roderick Godbolt, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 04-
          CR5-89607.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT